19944. WADLEY SOUTHERN RAILWAY CO. *v.* FAGLEE.

BLOODWORTH, J. 1. We are authorized to conclude that no constitutional question is properly raised in this case, from the fact that it was first sent to the Supreme Court for decision, and then was by that court transferred to this court.

2. The motion "to dismiss the brief of evidence and a part of the transcript of the record in said court," is overruled.

3. The petition as amended sets out a cause of action, and the court properly overruled the general and special demurrers.

4. The evidence authorized the verdict, and none of the grounds of the motion for a new trial show cause for a reversal of the judgment.

*Judgment affirmed. Broyles, C. J., concurs. Luke, J., absent.*

DECIDED SEPTEMBER 23, 1930.

*A. S. Bradley, A. S. Bradley Jr.,* for plaintiff in error.
*Alford & Williams,* contra.